

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-62,574-03

### EX PARTE JOHNNY GREEN JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1199474-A IN THE 372ND DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to imprisonment for life. The Eighth Court of Appeals reformed the judgment but affirmed his conviction. *Green v. State*, No. 08-11-00317-CR (Tex. App.—Fort Worth Nov. 22, 2013) (not designated for publication).

In a single ground, Applicant contends that he was denied his right to file a petition for discretionary review (PDR). The trial court entered findings of fact and conclusions of law and

recommended that we grant Applicant an out-of-time PDR.

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time PDR of the judgment of the Eighth Court of Appeals in cause number 08-11-00317-CR that affirmed his conviction in cause number 1199474D from the 372nd District Court of Tarrant County. Applicant shall file his PDR with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: January 28, 2015
Do not publish